No. 02M66. SCOTT *v.* UNITED STATES;
No. 02M67. TIBERONDWA *v.* COX ET AL.;
No. 02M68. LADD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
No. 02M70. MIGLIORE ET AL. *v.* RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT ET AL.;

No. 02M71. AFRASIABI v. HARVARD UNIVERSITY ET AL.;

No. 02M72. MARCUM v. OSCAR MAYER FOODS CORP. ET AL.; and

No. 02M73. NORRIS v. BASKERVILLE, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.